IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
WESTERN DIVISION

**JIMMY DON STEVENS**                                                              **PLAINTIFF**
**ADC #116528**

v.                      Case No. 4:15-cv-00018-KGB-JTK

**D. CHAD MORGAN,** *et al.*                                       **DEFENDANTS**

### ORDER

      The Court finds that the interests of justice would be best served by transferring this case to the United States District Court for the Western District of Arkansas.  Venue would be proper in the Western District, as defendants are located there and the events complained of allegedly occurred there.  *See* 28 U.S.C. § 1406(a) ("The district court of a district in which is filed a case laying venue in the wrong division or district shall dismiss, or if it be in the interest of justice, transfer such case to any district or division in which it could have been brought.").

      The Clerk of the Court is directed to immediately transfer plaintiff's entire case file to the Western District of Arkansas, Fayetteville Division, John Paul Hammerschmidt Federal Building, 35 East Mountain Street, Suite 510, Fayetteville, AR 72701-5354.

      SO ORDERED this 11th day of March, 2015.

                                                                           *[signature]*
                                                               KRISTINE G. BAKER
                                                               UNITED STATES DISTRICT JUDGE